No. 93–723. UNITED STATES *v.* X-CITEMENT VIDEO, INC., ET AL. C. A. 9th Cir. Motions of National Law Center for Children and Families et al. and National Family Legal Foundation et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 93–700. CRANCER *v.* DEPARTMENT OF JUSTICE. C. A. 8th Cir. Certiorari denied.

No. 93–713. GRAHAM *v.* FLORIDA SUPREME COURT ET AL. Sup. Ct. Fla. Certiorari denied.

No. 93–737. FOLLETTE ET AL. *v.* CLAIROL, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–750. FOWLIN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–797. NEW YORK ET AL. *v.* REICH, SECRETARY OF LABOR, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–808. FELDMAN ET AL. *v.* RESOLUTION TRUST CORPORATION. C. A. 1st Cir. Certiorari denied.

No. 93–867. FOXX *v.* DALTON, SECRETARY OF THE NAVY. C. A. 4th Cir. Certiorari denied.

No. 93–878. PROVIZER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 93–890. MCDONNELL ET AL. *v.* CITY OF OMAHA, NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 93–938. DANDY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–947. DAILEY *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.